JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 628783)
Special Assistant United States Attorney

    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5066
    chad.mandell@usdoj.gov

Attorneys for the United States,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00630 JW |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| JOSE ANGEL CORONA-LOPEZ, | |
| Defendants. | |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, May 18, 2009 may be continued to Monday, June 8, 2009 at 1:30 p.m. The reason for the requested continuance is to permit the parties to continue settlement negotiations and to accommodate effective preparation of counsel.

The parties further stipulate and agree the time until June 8, 2009 be excluded from the time within which trial shall commence, as reasonable time necessary for effective preparation

Stipulation and [Proposed] Order Continuing
Hearing, CR 08-00630 JW                1

and continuity of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: May 15, 2009

                                  s/_____
                                  CYNTHIA LIE
                                  Assistant Federal Public Defender

Dated: May 15, 2009

                                  s/_____
                                  CHAD MANDELL
                                  Special Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Monday May 18, 2009 shall be continued to Monday June 8, 2009 at 1:30 p.m.

It is further ordered that the time until June 8, 2009 be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: May \_15\_, 2009

                                  _____
                                  JAMES WARE
                                  United States District Judge